THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH FEGELLI, Appellant.

*People* v. *Fegelli*, 163 App. Div. 576, affirmed.
(Argued March 3, 1915; decided March 23, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 31, 1914, which affirmed a judgment rendered at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of compulsory prostitution of women.

*Robert H. Elder* and *Wessels Ryerson* for appellant.

*James C. Cropsey, District Attorney (Hersey Egginton* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Dissenting: WILLARD BARTLETT, Ch. J., solely on the ground that the indictment charges more than one crime under section 2460 of the Penal Law.